UNTIED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | |
| JAMES KEITH LANGSTON | § § | CASE NO. 2:07-mj-101 |

## ORDER

**BE IT REMEMBERED,** that on the _____ day of _____, 2007, came on to be considered the above and foregoing Motion To Admit Counsel Pro Hac Vice by Defendant. After consideration of the same, it is the opinion of the Court that the same be: (GRANTED) (~~DENIED~~).

Signed and entered this 13th day of Sept, 2007.

s/James H. Allen
_____
JUDGE PRESIDING

Richard E. Carrizales
Attorney for Defendant James K. Langston